UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHIQUETTA SHANIECE JAMES,

Plaintiff,

v.

Case No. 26-cv-1422-bhl

DANIEL DRISCOLL, et al,

Defendants.

---

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE**

---

On August 20, 2026, Plaintiff Chiquetta Shaniece James filed a complaint against Defendants Daniel Driscoll, Department of Army, Anna Wintersteen, and Joshua Johnson. (ECF No. 1.) She also filed a motion to proceed without prepayment of the filing fee, or *in forma pauperis* (IFP). (ECF No. 2.) This Order addresses James's IFP motion.

The Court has authority to allow a plaintiff to proceed IFP upon the submission of an affidavit that identifies the plaintiff's assets and allows the Court to find that the plaintiff is unable to pay the filing fee. *Cf.* 28 U.S.C. §1915(a)(1). James has submitted an affidavit, but it is not clear from the information included whether granting her motion would be appropriate. Accordingly, the Court will deny her motion without prejudice. She may renew it with more fulsome factual support but should do so only if she truly believes that she is indigent and proceeding IFP is appropriate.

James represents that she is married, unemployed, and supports one dependent child. (ECF No. 2 at 1.) She receives $4,400 in Veterans Affairs Disability Benefits each month. (*Id.* at 2.) Her spouse has a monthly income of $2,200. (*Id.*) James represents that she pays $1,600 monthly towards her mortgage and has $189,077.94 in equity in her home. (*Id.* at 2–3.) She represents paying $1,000 in credit card payments each month, and $1,960 in household expenses. (*Id.* at 2.) She owns two cars, a 2018 BMW X1 worth approximately $10,000, and a 2018 GMC Terrain, worth approximately $7,000. (*Id.* at 3.) She pays $846 in monthly car payments. (*Id.* at 2.) She

further represents that she provides $1,000 in support for her child, but she also notes that she does not pay child support, and it is not clear if these expenses are included elsewhere in her other listed expenses. (*Id.* at 1.) She states she has total monthly expenses of $5,906, but this number does not match the total of her specified expenses. (*Id.* at 3.) She states she has no cash, checking, or savings. (ECF No. 12 at 3.)

She also states that she previously used credit cards and her Federal Employee Thrift Savings Plan (TSP) to cover legal fees related to bringing her Equal Employment Opportunity Commission claim against the Army. (*Id.* at 4.) She states that because she could not continue to pay her attorneys, her case was resolved without a hearing. (*Id.*) She further states that she is in the process of repaying a TSP loan and credit card expenses but does not provide further details on the monthly required payment amounts, or the overall amount of debt. (*Id.*)

From the information included, it appears that James and her spouse have a substantial monthly income that does exceed their reported monthly expenses. But the information provided is admittedly incomplete. Given the totality of the circumstances, James's affidavit is insufficient to support her motion, and the Court will therefore deny James's motion to proceed IFP without prejudice. *See* 28 U.S.C. §1915(a)(1); *see also Zaun v. Dobbin*, 628 F.2d 990, 992–93 (7th Cir. 1980). If James wishes to continue her case, she can either pay the filing fee or renew her motion to proceed IFP with a more complete affidavit. The total cost of filing a civil action is $405.00, which includes the $350.00 statutory filing fee and a $55.00 administrative fee. If she chooses to renew her motion and provide a more complete affidavit, she should describe her monthly debt payments, whether she is paying more than the minimum required payment, and provide a total of her expenses that reflects her reported expenses. The Court will allow James 30 days to either renew her motion or pay the filing fee. If she does not do so, the Court will dismiss her case for failure to prosecute. *See* Civil L.R. 41(c).

Accordingly,

**IT IS HEREBY ORDERED** that James's Motion to Proceed Without Prepayment of the Filing Fee, ECF No. 2, is **DENIED without prejudice**. James must either renew her motion to proceed IFP, and provide a more complete affidavit, or pay the filing fee by **October 5, 2026**. If James does not renew her motion or pay the filing fee, her case will be dismissed for failure to prosecute, pursuant to Civil L.R. 41(c).

Dated at Milwaukee, Wisconsin on September 3, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge